Case 1:26-cv-01590-XR Document 8 Filed 10/30/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LUIS M. SHELTON CERVINO,<br>*Petitioner,*<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-01590-XR |

**ORDER**

Before the Court is Petitioner's Unopposed Motion for Voluntary Dismissal Without Prejudice. Having considered the motion, and noting that Respondents are unopposed, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Petitioner's Unopposed Motion for Voluntary Dismissal is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and attorney's fees. The Clerk is directed to close this case.

SIGNED this 30th day of October, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE